AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Antonio IBARRA-Vasquez | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2023__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Aaron Gonzalez
*Complainant's signature*

Aaron Gonzalez, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: February 02, 2023

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Jose Antonio IBARRA-Vasquez | Case Number: |

On or about January 25, 2023, the defendant Jose Antonio Ibarra-Vasquez was apprehended in Laredo, Texas. After a brief interview it was determined that, Jose Antonio Ibarra-Vasquez was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose Antonio Ibarra-Vasquez was previously removed from the United States on February 11, 2016, in Del Rio, Texas.

Jose Antonio Ibarra-Vasquez was detained by Laredo Police Department during a knock and talk on the 1600 block of Lincoln Street. Jose Antonio Ibarra-Vasquez was taken into custody by Laredo Police Department and charged with Tamper Fabricate Physical Evid W/Intent to Impair and Man/Del CS PG 1> = 4G <200G. A detainer was faxed to Webb County Jail for Jose Antonio Ibarra-Vasquez.

SUBSCRIBED and SWORN to before me on

____2nd____ day of ____February, 2023____

_____  
Signature of Judicial Officer

/S/ Gonzalez, Aaron    Border Patrol Agent  
Signature of Complainant